## PROTOCOLS FOR TRIBAL-STATE COMPACT NEGOTIATIONS
**March 5, 2015**

1.  Parties

    a.  CTSC Tribes identified on Exhibit A;

    b.  State of California;

2.  Purpose / Scope

    a.  The purpose of these protocols is to establish ground rules for the negotiations of a new or amended tribal-state compact.  The protocols may be modified in writing by mutual agreement of the Parties;

    b.  The protocols reflect the Parties' mutual desire to establish a process that is fair, transparent and efficient and which facilitates good-faith negotiations that culminate in tribal-state class III gaming compacts that promote tribal economic development, self-sufficiency, and strong tribal governments, while also protecting the State's rights and interests as agreed upon by the parties and otherwise recognized by law.

3.  Identification of representatives

    a.  All CTSC members (tribal leaders / representatives named in CTSC membership resolution) are entitled to be in the room with designated tribal representatives "at the table" with the State's representatives;

    b.  All tribal Parties may have legal counsel present with tribal representatives;

    c.  The State is entitled to its legal counsel, and may also bring relevant subject-matter experts to meetings, as needed;

4.  Identification and limitation on number of CTSC tribal negotiators

    a.  Chairman of CTSC; and

    b.  CTSC Executive Committee, and experts expected not to exceed 10 people, will be the negotiators for all CTSC members.

5.  Identification of primary spokesperson(s)

    a.  Chairman of CTSC; and

    b.  Governor of California's Senior Advisor for Tribal Negotiations.

6.  Set up of room for negotiations

1

*EXHIBIT A*

   a.  Tables set in a horseshoe on outside perimeter where each CTSC member tribe gets 1 seat for its tribal Chairperson (or designated representative) and 1 seat for its tribal attorney, for a total of approximately 60 seats; and

   b.  Inside of the hollow square is a smaller square where the State's negotiating team and the designated CTSC tribal negotiators will sit.

7.  Method of discussion, e.g., one person speaks at a time.

8.  Identification of respective recipient(s) for official written proposals

   a.  CTSC – directed to CTSC Chair and copy to Susan Jensen via e-mail; and

   b.  State – directed to Senior Advisor for Tribal Negotiations and copy to Senior Assistant Attorney General via e-mail.

9.  Meeting schedule and frequency;

   a.  The Parties will meet monthly, or as often as feasible;

   b.  The Parties commit to set the next meeting, time, date and location during each meeting;

   c.  The Parties will agree on the minimum time for cancellation of sessions, e.g., three days, absent bad weather or emergency that will prevent the Parties from having relevant negotiation members attend; and

   d.  Negotiation session start time to be mutually agreed upon with sessions to last no more than 6 hours, with reasonable breaks when requested by either Party.

10. Issues will be identified for each negotiation session.

11. Parties to agree upon agenda and exchange draft proposals at least ten (10) days prior to the negotiating session(s).

12. Right to caucus for a reasonable period of time

   a.  At any point during negotiations, any CTSC tribal leader or representative, or the State's representatives, may request an internal caucus concerning the issue then being discussed, and negotiations will be recessed for that purpose.

13. Provision of supporting documents or data

   a.  Parties agree that in furtherance of the objectives of these protocols, each party agrees to furnish relevant data which facilitates possible solutions, unless it believes good cause exists not to provide such information. The reason for any non-disclosure of information will be discussed by the Parties.

*EXHIBIT A*

14. All tentative agreements to be reduced to writing and contingent upon negotiation of final agreement.

15. If, after CTSC members have conducted negotiations on an issue, a Tribe believes that it has a unique position with regard to that issue or a related issue, it may conduct negotiations on that issue with the State's negotiators outside of the larger group meetings, provided that:

   a. The Tribe discloses the unique issue and its intent to conduct negotiations with the State negotiators outside of the larger group meetings; and

   b. After meeting with the State's negotiators, the Tribe discloses to the larger group the general substance of the discussions.

16. To facilitate progress and track the status of negotiations, as well as document outstanding issues requiring further attention, a summary record may be kept that describes the negotiations between the parties.  Unless the parties agree otherwise, a certified short hand reporter shall be present at all negotiation sessions, who shall record only those matters that the primary spokesperson for each party elects to put on the record.  The summary record is not a verbatim transcript nor an exhaustive list of all issues addressed or that remain outstanding, but the summary record, together with the exchange of documents and communications between the parties, shall serve as a record of each party's positions. At the end of each negotiation session or throughout the day as the parties reach a tentative agreement or fail to reach a tentative agreement on an issue, the parties shall go on the record and have the reporter record all issues that they reach a tentative agreement on and all issues that they failed to reach a tentative agreement on. On any issue on which the parties could not agree, each party shall have the right to put on the record what their last, best offer was on that issue and an explanation of their respective positions on that issue. Only the State's chief negotiator and the Chairman of the CSTC, upon the parties agreement that the parties have tentatively agreed to an issue(s) or have failed to reach a tentative agreement on an issue(s) shall have the right to put that matter on the record. By mutual agreement, the parties can put any other matter on the record. The cost of the short hand reporter shall be paid for by the CTSC.

17. Confidentiality of discussions

   a. Public Relations / Press Releases:

      i. No press releases during negotiations regarding negotiations, unless jointly deemed appropriate by the Parties or until negotiations are concluded;

      ii. No use of social media communications during the negotiations regarding negotiations unless jointly deemed appropriate by the Parties or until negotiations are concluded; and

3

*EXHIBIT A*

     iii.     Nothing herein will limit the right of either Party to communicate directly with its constituents in private / internal meetings without advance notice to the other party.

b.  Negotiating sessions closed to the public.

*EXHIBIT A*