LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net
*Attorney for Plaintiffs*, Chemehuevi Indian Tribe and Chicken Ranch Rancheria

XAVIER BECERRA
Attorney General of California
TIMOTHY M. MUSCAT
Deputy Attorney General
California State Bar No. 148944
1300 I Street, Suite 125
PO Box 944255
Sacramento, California 94244-2550
Telephone: 916-210-7779
Facsimile: 916-323-2319
Email: Timothy.Muscat@doj.ca.gov
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No.: 1:19-cv-00024-AWI-SKO<br><br>**STIPULATION OF THE PARTIES REGARDING SERVICE OF SUMMONS AND COMPLAINT, DATE BY WHICH ANSWER OR OTHER RESPONSIVE PLEADING IS DUE, AND ORDER THEREON**<br><br>**(Doc. 7)** |

1 The parties, through their undersigned legal counsel, hereby stipulate as follows:

2. 1. The plaintiffs served, and defendants Gavin Newsom[1] in his official capacity as Governor of the State of California, and defendant State of California (Defendants) accepted service of, the summons and complaint in this case on January 18, 2019.

2. The plaintiffs served, and the Defendants accepted service of, the Order Setting Mandatory Scheduling Conference on January 24, 2019.

3. Given the complexity of this litigation under the Indian Gaming Regulatory Act (IGRA) (18 U.S.C. §§ 1166-1168; 25 U.S.C. §§ 2701-2721), the parties agree that the filing date for Defendants' answer or other responsive pleadings to the summons and complaint is extended to on or before Thursday, February 27, 2019.

4. The plaintiffs and Defendants request the Court to enter an order approving this stipulation and ordering the parties to carry out the terms of this stipulation.

DATED: January 24, 2019
Respectfully Submitted,
RAPPORT AND MARSTON

By: /s/ *Lester J. Marston*
LESTER J. MARSTON, Attorney for Chicken Ranch Rancheria of Me-Wuk Indians and the Chemehuevi Indian Tribe

DATED: January 24, 2019
XAVIER BECERRA
Attorney General of California
SARA DRAKE
Senior Assistant Attorney General
MICHELLE LAIRD

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Governor Newsom is substituted as a party in place of former Governor Brown.

|   |   |
|---|---|
| | Supervising Deputy Attorney General |
| | WILLIAM P. TORNGREN |
| | Deputy Attorney General |
| By: | /s/ *Timothy M. Muscat* |
| | TIMOTHY M. MUSCAT, |
| | Deputy Attorney General |
| | Attorney for the Defendants |

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 6), and good cause appearing,

**It is hereby ORDERED that Defendants shall file their response to Plaintiffs' Complaint on or before February 27, 2019**.

IT IS SO ORDERED.

Dated: **January 30, 2019**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE