| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | SARA J. DRAKE |
| | Senior Assistant Attorney General |
| 3 | T. MICHELLE LAIRD |
| | Supervising Deputy Attorney General |
| 4 | WILLIAM P. TORNGREN |
| | Deputy Attorney General |
| 5 | TIMOTHY M. MUSCAT |
| | Deputy Attorney General |
| 6 | State Bar No. 148944 |

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7779
Fax: (916) 323-2319
E-mail: Timothy.Muscat@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, and, CHEMEHUEVI INDIAN TRIBE,** | 1:19-cv-00024-AWI-SKO |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| v. | |
| **GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,** | **(Doc. 15)** |
| Defendants. | |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Lester J. Marston and David B. Dehnert, attorneys for plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Blue Lake Rancheria, Chemehuevi Indian Tribe, and Hopland Band of Pomo Indians (collectively, Plaintiffs), on the one hand, and Timothy M. Muscat and William P. Torngren, Deputy Attorneys General, attorneys for defendants Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California

1

(collectively, Defendants), on the other hand, stipulate as follows:

On March 26, 2019, the Court filed the Scheduling Order in this case that established several due dates, including the filing of a Joint Record of Negotiations (Joint Record) on or before May 6, 2019. Counsel for Plaintiffs and Defendants have been working diligently and cooperatively in preparing a single Joint Record pursuant to the Court's Scheduling Order. However, given the over four-year history of ongoing and extensive compact negotiations between the parties under the Indian Gaming Regulatory Act, 25 U.S.C §§ 2701-2721, 18 U.S.C. §§ 1166-1167, the parties will require an additional thirty days to complete and file the Joint Record on or before June 5, 2019. The parties are working diligently to promote judicial economy by reviewing the thousands of pages of potential documents for the record and eliminating documents that are not necessary for this case's adjudication by the Court. This is the first request by the parties to modify the Scheduling Order to extend the time for filing the Joint Record, and granting this stipulation will not impact any other Scheduling Order due date.

Dated: May 3, 2019

**RAPPORT AND MARSTON**

/s/ LESTER J. MARSTON (as authorized on May 3, 2019)
By: _____
LESTER J. MARSTON
Attorney for Plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Chemehuevi Indian Tribe, and Hopland Band of Pomo Indians

Dated: May 3, 2019

**DEHNERT LAW, PC**

/s/ DAVID B. DEHNERT (as authorized on May 3, 2019)
By: _____
DAVID B. DEHNERT
Attorney for Plaintiff Blue Lake Rancheria

| | |
|---|---|
| Dated: May 3, 2019 | **CALIFORNIA ATTORNEY GENERAL'S OFFICE**<br><br>XAVIER BECERRA<br>Attorney General of California<br>SARA J. DRAKE<br>Senior Assistant Attorney General<br>T. MICHELLE LAIRD<br>Supervising Deputy Attorney General<br>WILLIAM P. TORNGREN<br>Deputy Attorney General<br><br>/s/ TIMOTHY M. MUSCAT<br><br>By: _____<br>TIMOTHY M. MUSCAT<br>Deputy Attorney General<br>Attorneys for Defendants |

**ORDER**

Pursuant to the parties' above stipulation (Doc. 15), and for good cause shown, the Court hereby EXTENDS the deadline for the parties to file the "Joint Record of Negotiations," by thirty days, to June 5, 2019. All other deadlines in the Scheduling Order (Doc. 14), remain unchanged.

IT IS SO ORDERED.

Dated: __**May 6, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE