| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | SARA J. DRAKE |
| | Senior Assistant Attorney General |
| 3 | T. MICHELLE LAIRD |
| | Supervising Deputy Attorney General |
| 4 | WILLIAM P. TORNGREN |
| | Deputy Attorney General |
| 5 | TIMOTHY M. MUSCAT |
| | Deputy Attorney General |
| 6 | State Bar No. 148944 |
| |   1300 I Street, Suite 125 |
| 7 |   P.O. Box 944255 |
| |   Sacramento, CA 94244-2550 |
| 8 |   Telephone: (916) 210-7779 |
| |   Fax: (916) 323-2319 |
| 9 |   E-mail: Timothy.Muscat@doj.ca.gov |
| | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, and, CHEMEHUEVI INDIAN TRIBE,**<br><br>              Plaintiffs,<br><br>    **v.**<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>              Defendants. | 1:19-cv-00024-AWI-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Lester J. Marston and David B. Dehnert, attorneys for plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Blue Lake Rancheria, Chemehuevi Indian Tribe, and Hopland Band of Pomo Indians (collectively, Plaintiffs), on the one hand, and Timothy M. Muscat and William P. Torngren, Deputy Attorneys General, attorneys for defendants Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California

(collectively, Defendants), on the other hand, stipulate as follows:

On March 26, 2019, the Court filed the Scheduling Order in this case that established several due dates, including the filing of a Joint Record of Negotiations (Joint Record) on or before May 6, 2019. Pursuant to a stipulation by the parties, the Court extended this deadline to June 5, 2019. Since then, Counsel for Plaintiffs and Defendants have continued to work diligently and cooperatively in preparing a single Joint Record. Counsel for Plaintiffs prepared an initial Joint Record, and Counsel for Defendants reviewed the initial Joint Record and requested the addition of numerous documents. Counsel for Plaintiffs are now reviewing these additional materials. However, given the over four-year history of ongoing and extensive compact negotiations between the parties under the Indian Gaming Regulatory Act, 25 U.S.C §§ 2701-2721, 18 U.S.C. §§ 1166-1167, the parties will require an additional thirty days to complete and file the Joint Record on or before July 5, 2019. The parties are continuing to work diligently to promote judicial economy by reviewing the thousands of pages of potential documents for the record and eliminating documents that are not necessary for this case's adjudication by the Court. While this is the second request by the parties to modify the Scheduling Order to extend the time for filing the Joint Record, granting this stipulation will not impact any other Scheduling Order due date.

Dated: June 4, 2019

**RAPPORT AND MARSTON**

By: /s/ LESTER J. MARSTON (as authorized on June 4, 2019)
_____
LESTER J. MARSTON
Attorney for Plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Chemehuevi Indian Tribe, and Hopland Band of Pomo Indians

Dated: June 4, 2019

**DEHNERT LAW, PC**

By: /s/ DAVID B. DEHNERT (as authorized on June 4, 2019)
_____
DAVID B. DEHNERT
Attorney for Plaintiff Blue Lake Rancheria

Dated: June 4, 2019

**CALIFORNIA ATTORNEY GENERAL'S OFFICE**

XAVIER BECERRA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
WILLIAM P. TORNGREN
Deputy Attorney General

By: /s/ TIMOTHY M. MUSCAT
_____
TIMOTHY M. MUSCAT
Deputy Attorney General
Attorneys for Defendants

## ORDER

Pursuant to the parties' above stipulation (Doc. 17), and for good cause shown, the Court hereby EXTENDS the deadline for the parties to file the "Joint Record of Negotiations," by thirty days, to July 5, 2019. All other deadlines in the Scheduling Order (Doc. 14), remain unchanged.

IT IS SO ORDERED.

Dated: **June 5, 2019**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE