LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net
*Attorney for Plaintiffs, Chemehuevi Indian*
*Tribe, Chicken Ranch Rancheria, Hopland Band of Pomo Indians*

DAVID B. DEHNERT
California State Bar No. 214243
DEHNERT LAW, PC
475 Washington Blvd.
Marina Del Rey, California 90292
Telephone: 310-822-3222
Facsimile: 310-577-5277
Email: david@dehnertlaw.com
*Attorney for Plaintiff, Blue Lake Rancheria*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, and HOPLAND BAND OF POMO INDIANS,<br><br>        Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,<br><br>        Defendants. | Case No.: 1:19-CV-00024-AWI-SKO<br><br>**STIPULATION AND ORDER TO PERMIT FILING OF A SECOND AMENDED COMPLAINT; ORDER** |

Pursuant to Rule 143 of the Local Rules for the United States District Court for the Eastern District of California and Rules 15, 20, and 21 of the Federal Rules of Civil Procedure, attorneys for Plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Blue Lake Rancheria, Chemehuevi Indian Tribe, and Hopland Band of Pomo Indians (collectively, Plaintiffs), on the one hand, and attorneys for Defendants Gavin Newsom, in his official capacity as Governor of the State of California, and Defendant State of California (collectively, Defendants), on the other hand, stipulate as follows:

1. Plaintiffs, on February 27, 2019, filed a first amended complaint wherein Plaintiff, Hopland Band of Pomo Indians, was added as a plaintiff in this action.

2. The Robinson Rancheria, a federally recognized Indian tribe, was a member of the Compacting Tribes Steering Committee that participated in the negotiations that are the subject of this action, and two additional negotiation sessions with the State of California that took place in June and July of 2019, and wishes now to join this litigation as a plaintiff.

3. Under Rule 21 of the Federal Rules of Civil Procedure, the Court may, "at any time, on just terms, add . . . a party" and, under Rule 15(a)(2), a party may amend its pleadings with the written consent of the opposing party. *See also* 4 James Wm. Moore *et al.*, Moore's Federal Practice ¶ 20.02[a][ii] (3d ed. 2009) (The proper procedure for a party to add plaintiffs is to seek leave to amend the complaint.).

4. The Robinson Rancheria shares the same interests, asserts the same claims, and seeks the same relief as the Plaintiffs in this litigation with respect to the same act of Congress, the Indian Gaming Regulatory Act, 25 U.S.C. §§ 2701, *et seq*. (IGRA). All of the Robinson Rancheria's claims arise out of the same series of transactions and occurrences. Fed. R. Civ. P. 20(a)(1).

5.     Adding the Robinson Rancheria as a plaintiff in this action by way of a second amended complaint, therefore, serves the interests of judicial economy by eliminating the need for the filing of a second, duplicative suit.

6.     The proposed second amended complaint is identical to the first amended complaint but for the addition of the Robinson Rancheria as a plaintiff. Joinder of the Robinson Rancheria and the filing of a second amended complaint to reflect that joinder will neither delay this action nor prejudice any party.

7.     In light of the foregoing, Defendants do not oppose and hereby stipulate to the filing of the proposed second amended complaint, attached hereto as **Exhibit A**, in which the Robinson Rancheria is added as a plaintiff.

8.     Plaintiffs stipulate that Defendants' answer to the first amended complaint (Doc. #10) shall be deemed responsive to the second amended complaint.

DATED: August 19, 2019

/s/ *Lester J. Marston*
LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net
*Attorney for Plaintiffs*
*Chemehuevi Indian Tribe,*
*Chicken Ranch Rancheria of*
*Me-Wuk Indians, and Hopland Band*
*of Pomo Indians*

DATED: August 19, 2019

/s/ *David Dehnert*
DAVID DEHNERT
California State Bar No. 214243
DEHNERT LAW, PC

STIPULATION AND ORDER TO PERMIT FILING OF SECOND AMENDED COMPLAINT; ORDER
[Case No.: 1:19-CV-00024-AWI-SKO]

475 Washington Blvd.
Marina Del Rey, California 90292
Telephone: 310-822-3222
Facsimile: 310-577-5277
Email: david@dehnertlaw.com
*Attorney for Plaintiff*
*Blue Lake Rancheria*

DATED: August 19, 2019

/s/ *Timothy Muscat*
XAVIER BECERRA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney
General
WILLIAM P. TORNGREN
Deputy Attorney General
TIMOTHY M. MUSCAT
Deputy Attorney General
California State Bar No. 148944
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550
Telephone: 916-210-7779
Facsimile: 916-323-2319
Email: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*
*Gavin Newsom, Governor of*
*California, and State of California*

## ORDER

Pursuant to the parties' above stipulation, (Doc. 23), for good cause shown, is it HEREBY ORDERED that Plaintiff shall file the Second Amended Complaint, a copy of which was filed with the parties' stipulation, within 5 calendar days of the date this Order is filed.

Pursuant to the terms of the stipulation, Defendants' answer to the First Amended Complaint, (Doc. 10), is deemed responsive to the Second Amended Complaint, and Defendants shall not be required to file a separate response to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: __August 21, 2019__                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO PERMIT FILING OF SECOND AMENDED COMPLAINT;
ORDER
[Case No.: 1:19-CV-00024-AWI-SKO]