IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, HOPLAND BAND OF POMO INDIANS and ROBINSON RANCHERIA**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>Defendants. | 1:19-cv-00024-AWI-SKO<br><br>**FINAL STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 27) |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Lester J. Marston and David B. Dehnert, attorneys for plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Blue Lake Rancheria, Chemehuevi Indian Tribe, Hopland Band of Pomo Indians and Robinson Rancheria (collectively, Plaintiffs), on the one hand, and Timothy M. Muscat and William P. Torngren, Deputy Attorneys General, attorneys for defendant Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California (collectively, Defendants), on the other hand, stipulate as follows:

On March 26, 2019, the Court filed the Scheduling Order in this case that established

several due dates, including the filing of a Joint Record of Negotiations (Joint Record) on or before May 6, 2019.  Pursuant to stipulations by the parties, the Court extended this deadline four times and the current deadline is September 30, 2019.  During these extensions, counsel for Plaintiffs and Defendants have continued to work diligently and cooperatively in preparing a single Joint Record.  Counsel for Plaintiffs prepared an initial Joint Record, and counsel for Defendants reviewed the initial Joint Record and requested the addition of numerous documents.  Counsel for Plaintiffs have reviewed these additional materials, and have now provided counsel for Defendants with their responses.  Counsel for Defendants have reviewed these responses, and have made numerous suggestions on how to resolve the remaining disagreements regarding the Joint Record.

In the month of September, following Defendants' lead counsel Timothy Muscat's return to work after a medical leave, counsel for Plaintiffs and Defendants continued to work together in finalizing the Joint Record, creating an index for the Joint Record for the convenience of the Court and the parties, and preparing a motion to file the Joint Record under seal.  While the parties are close to completing this process—with a joint record that includes nearly 10,000 pages of documents—an additional ten days will be required.  In particular, the parties need additional time to finalize the review of the lengthy Joint Record, and to accurately include the negotiation records through the end of September 2019.  If the Court grants this ten-day extension, the Joint Record will be filed on or before October 10, 2019.  Granting this stipulation will not affect any other Scheduling Order due date.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2019 | |
| 2 | | **RAPPORT AND MARSTON** |
| 3 | | /s/ LESTER J. MARSTON (as authorized on September 27, 2019) |
| | | By: _____ |
| 4 | | LESTER J. MARSTON |
| 5 | | Attorney for Plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Chemehuevi Indian Tribe, Hopland Band of Pomo Indians |
| 6 | | and Robinson Rancheria |
| 7 | Dated: September 27, 2019 | |
| 8 | | **DEHNERT LAW, PC** |
| 9 | | /s/ DAVID B. DEHNERT (as authorized on September 27, 2019) |
| 10 | | By: _____ |
| | | DAVID B. DEHNERT |
| 11 | | Attorney for Plaintiff Blue Lake Rancheria |
| 12 | Dated: September 27, 2019 | **CALIFORNIA ATTORNEY GENERAL'S OFFICE** |
| 13 | | XAVIER BECERRA |
| 14 | | Attorney General of California |
| | | SARA J. DRAKE |
| 15 | | Senior Assistant Attorney General |
| | | T. MICHELLE LAIRD |
| 16 | | Supervising Deputy Attorney General |
| | | WILLIAM P. TORNGREN |
| 17 | | Deputy Attorney General |
| 18 | | /s/ TIMOTHY M. MUSCAT |
| 19 | | By: _____ |
| | | TIMOTHY M. MUSCAT |
| 20 | | Deputy Attorney General |
| | | Attorneys for Defendants |

**ORDER**

Pursuant to the parties' above fifth, and "final," stipulation (Doc. 27), and for good cause shown, the Court hereby EXTENDS the deadline for the parties to file the "Joint Record of Negotiations," by ten days, to October 10, 2019. All other deadlines in the Scheduling Order (Doc. 14), remain unchanged.

IT IS SO ORDERED.

Dated: **October 1, 2019**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE