# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 1:19-cv-00024-AWI-SKO <br><br> **ORDER DENYING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS** <br><br> (Doc. 30) |

On October 10, 2019, Plaintiffs filed a Notice of Request to Seal Documents and submitted the request, the documents sought to be sealed, and a proposed order to chambers and opposing counsel. (*See* Doc. 30.) On October 15, 2019, Defendants submitted to chambers and Plaintiffs' counsel a Non-Opposition to Plaintiffs' Requested Relief in Request to Seal Documents and Partial Opposition to Plaintiffs' Proposed Order.

The Court has reviewed Plaintiffs' request to seal, the documents sought to be sealed, the proposed order, and Defendants' response. The Court finds the strong presumption of public access to the documents Plaintiffs seek to seal outweighs the interest in keeping the documents confidential. Therefore, Plaintiffs' request to seal is DENIED.[1]

---

[1] Pursuant to Local Rule 141(d), a "more detailed ruling" has been filed under seal. *See* E.D. Cal. L.R. 141(d).

In view of the impending November 12, 2019, deadline to file dispositive motions, **by no later than November 4, 2019, the parties shall file the record of negotiations on the docket.** All other deadlines in the scheduling order, (Doc. 14), remain unchanged.

IT IS SO ORDERED.

Dated: **October 21, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE