IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, HOPLAND BAND OF POMO INDIANS, and ROBINSON RANCHERIA**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>Defendants. | 1:19-cv-00024-AWI-SKO<br><br>**STIPULATION AND ORDER RE SETTING JOINT HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE** |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Lester J. Marston and David B. Dehnert, attorneys for plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Blue Lake Rancheria, Chemehuevi Indian Tribe, Hopland Band of Pomo Indians, and Robinson Rancheria (collectively, Plaintiffs), on the one hand, and Timothy M. Muscat and William P. Torngren, Deputy Attorneys General, attorneys for defendant Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California (collectively, Defendants), on the other hand, based on the following facts stipulate as set forth below.

On March 26, 2019, the Court filed the Scheduling Order in this case that established

several due dates, including the deadline for filing of all dispositive pretrial motions. These motions were ordered to be filed no later than November 12, 2019, and heard no later than January 6, 2020. Pursuant to the Scheduling Order, on November 8, 2019, Plaintiffs filed a summary judgment motion with a hearing date of December 9, 2019. Defendants also complied with the Court's Scheduling Order by filing their summary judgment motion on November 12, 2019, with a hearing date of December 16, 2019.

When counsel for Defendants filed the Defendants' summary judgment motion on November 12, 2019, he learned for the first time that counsel for Plaintiffs selected a summary judgment motion hearing date of December 9, 2019. Due to Local Rule 230(b)'s twenty-eight day notice requirement, counsel for Defendants could not timely select December 9, 2019 as the hearing date for Defendants' summary judgment motion. Therefore, counsel for Defendants selected the next available hearing date of December 16, 2019.

Because it would be inefficient to hold two separate hearing dates for these summary judgment motions, along with different due dates for opposition and optional reply briefs, counsel for Plaintiffs and Defendants stipulate as follows:

1. Plaintiffs' and Defendants' motions for summary judgment shall be scheduled to be heard together on December 16, 2019, at 1:30 p.m., before the Honorable Anthony W. Ishii in Courtroom 2, 8th floor.

2. Plaintiffs' and Defendants' oppositions to the motions for summary judgment shall be filed on or before December 2, 2019.

3. Plaintiffs' and Defendants' optional reply briefs shall be filed on or before December 9, 2019.

Granting an order pursuant to this stipulation will not impact any due dates in the Scheduling Order. Under the Scheduling Order, the parties' summary judgment motions will be heard prior to the current deadline of January 6, 2020.

Dated: November 18, 2019

**RAPPORT AND MARSTON**

By: /s/ LESTER J. MARSTON (as authorized on November 18, 2019)
_____
LESTER J. MARSTON
Attorney for Plaintiffs Chicken Ranch Rancheria of Me-Wuk Indians, Chemehuevi Indian Tribe, Hopland Band of Pomo Indians, and Robinson Rancheria

Dated: November 18, 2019

**DEHNERT LAW, PC**

By: /s/ DAVID B. DEHNERT (as authorized on November 18, 2019)
_____
DAVID B. DEHNERT
Attorney for Plaintiff Blue Lake Rancheria

Dated: November 18, 2019

**CALIFORNIA ATTORNEY GENERAL'S OFFICE**

XAVIER BECERRA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
WILLIAM P. TORNGREN
Deputy Attorney General

By: /s/ TIMOTHY M. MUSCAT
_____
TIMOTHY M. MUSCAT
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED.

Dated: November 22, 2019

_____
SENIOR DISTRICT JUDGE

3