# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:19-cv-00024-AWI-SKO<br><br>**ORDER DENYING NON-PARTY MOTION**<br><br>(Doc. 45) |

On December 9, 2019, James Acres, a non-party to this case, filed a motion titled "Motion to Unseal Order at Docket 32 and Unredact RONs 2722 and 2992." (Doc. 45.) Mr. Acres is not a party to this case and has not sought leave to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 24(b). Thus, because Mr. Acres' motion is not properly before the Court, the motion will be denied. *Cf. San Jose Mercury News, Inc. v. U.S. Dist. Court—N. Dist. (San Jose)*, 187 F.3d 1096, 1100 (9th Cir. 1999).

Based on the foregoing, IT IS ORDERED:

1. The non-party motion filed on December 9, 2019, (Doc. 45), is DENIED.

2. The duplicative motion entered on the docket on December 12, 2019, (Doc. 50), is DENIED as moot.

IT IS SO ORDERED.

Dated: **December 17, 2019**　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE