IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, HOPLAND BAND OF POMO INDIANS, and ROBINSON RANCHERIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>Defendants. | Case No. 1:19-cv-00024-AWI-SKO<br><br>**ORDER GRANTING STATE DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME** |

The Court has received the Ex Parte Application and Memorandum of State Defendants To Shorten Time re the Court's Consideration of State Defendants' Motion for Stay. Having considered all papers filed in connection with this application, and good cause having been shown, the Court finds that it is appropriate to issue an expedited briefing schedule and hearing date on State Defendants' motion to stay.

**ORDERS:**

1. Plaintiffs' responsive brief to State Defendants' motion to stay must be filed and served on or before May 5, 2021.

2. State Defendants' Reply, if any, to the Plaintiff Tribes' Responsive Brief must be filed and served on or before May 10, 2021.

3. If this Court determines that oral argument is necessary on this motion, the parties will be contacted.  Otherwise, an order on the State Defendants' motion to stay will be issued shortly after all the briefing has been completed.

IT IS SO ORDERED.

Dated:   April 26, 2021                                    _____
                                                            SENIOR  DISTRICT  JUDGE