LESTER J. MARSTON
CALIFORNIA STATE BAR NO. 081030
RAPPORT AND MARSTON, Sole Practitioners
405 WEST PERKINS STREET
UKIAH, CALIFORNIA 95482
TELEPHONE: 707-462-6846
FACSIMILE: 707-462-4235
EMAIL: ljmarston@rmlawoffice.net
*Attorney for Plaintiffs*
*Chemehuevi Indian Tribe, Chicken Ranch Rancheria,*
*Hopland Band of Pomo Indians, Robinson Rancheria*

DAVID B. DEHNERT
CALIFORNIA STATE BAR NO. 214243
DEHNERT LAW, PC
475 WASHINGTON BLVD.
MARINA DEL REY, CALIFORNIA 90292
TELEPHONE: 310-822-3222
FACSIMILE: 310-577-5277
EMAIL: david@dehnertlaw.com
*Attorney for Plaintiff Blue Lake Rancheria*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, and HOPLAND BAND OF POMO INDIANS,<br><br>  Plaintiffs,<br>v.<br><br>GAVIN NEWSOM, JR., Governor of California, and STATE OF CALIFORNIA,<br><br>  Defendants. | Case No.: 1:19-CV-00024-AWI-SKO<br><br>**PLAINTIFFS' STATUS REPORT RE: THE PARTIES COMPACT NEGOTIATIONS.**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 2, 8th Floor<br>Judge: Honorable Anthony W. Ishii |

1. On March 31, 2021, the Court issued an Order ("Order") directing the parties to resume negotiations and conclude a compact within 60 days from the date of the Order. ECF No. 77.

1

2. The defendants sought a stay of the Order both before this Court and the Ninth Circuit Court of Appeals. On May 27, 2021, the Court issued an order denying the defendants' motion for a stay. ECF No. 90.

3. On August 11, 2021, the Ninth Circuit Court of Appeals issued an order denying the defendants' motion to stay the Order.

4. On September 1, 2021, the parties commenced compact negotiations pursuant to the Order. The parties agreed to conduct bilateral one-on-one negotiations by exchanging complete draft compact offers and engaging in face-to-face video call negotiations.

5. The parties conducted five face-to-face video call negotiation sessions on October 20-22, 2021, and on November 1, 2021.

6. The parties have concluded their renewed negotiations and have been unable to conclude a compact within the 60 days required under the Order.

7. The parties agree that the 60-day period set forth in the Order has expired. State Defendants' Opposition to Plaintiff Tribes' Ex Parte Application to Shorten Time Regarding the Court's Consideration of Tribes' Motion to Appoint Mediator. ECF No. 104, p. 2, lls. 23-25 [". . . the sixty-day time period for the parties to negotiate compacts began on September 1, 2021 and will expire on October 31, 2021."].

8. Because the parties failed to conclude a compact within the 60-day period, the Indian Gaming Regulatory Act, 25 U.S.C. § 2710(d)(7)(B)(iv) ("IGRA"), requires the Court to appoint a mediator.

> If a State and an Indian tribe fail to conclude a Tribal-State compact . . . within the 60-day period provided in the order of a court issued under clause (iii), the Indian tribe and the State shall each submit to a mediator appointed by the court a proposed compact that represents their last best offer for a compact.

*Id.*

9. The plaintiffs' motion to appoint a mediator pending before this Court includes two mediators recommended to mediate this case.

10. Notwithstanding the plaintiffs' recommended mediators noted in paragraph 9, and based upon discussions with the defendants, who have recommended to the plaintiffs that the parties nominate retired United States District Court Judge Raul Ramirez as the mediator for this case, the plaintiffs request that the Court appoint the Honorable Raul Ramirez. A copy of Judge Ramirez's resume is hereby incorporated by this reference and attached hereto as **Exhibit A**.

10. This is the current status of the case. The plaintiffs request that the Court proceed with the appointment of a mediator in this case, as required by the IGRA.

DATED: November 15, 2021          Respectfully submitted,

LAW OFFICE OF LESTER J. MARSTON

/s/ *Lester J. Marston*
LESTER J. MARSTON
*Attorney for Plaintiffs*
*Chemehuevi Indian Tribe,*
*Chicken Ranch Rancheria of*
*Me-Wuk Indians, and Hopland Band of*
*Pomo Indians*

DEHNERT LAW, PC

/s/ *David Dehnert*
DAVID DEHNERT
*Attorney for Plaintiff*
*Blue Lake Rancheria*

3
PLAINTIFFS' STATUS REPORT RE: THE PARTIES COMPACT NEGOTIATIONS
[Case No.: 1:19-CV-00024-AWI-SKO]

## CERTIFICATE OF SERVICE

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, CA 95482.

I hereby certify that I electronically filed the foregoing:

**PLAINTIFFS' STATUS REPORT RE: THE PARTIES COMPACT NEGOTIATIONS.**

with the Clerk of the United States District Court for the Eastern District of California by using the CM/ECF system on November 15, 2021, which generated and transmitted a notice of electronic filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on November 15, 2021, at Ukiah, California.

*/s/ Ericka Duncan*
Ericka Duncan