LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net
*Attorney for Plaintiffs Chemehuevi Indian Tribe, Chicken Ranch Rancheria, Hopland Band of Pomo Indians, and Robinson Rancheria*

DAVID B. DEHNERT
California State Bar No. 214243
DEHNERT LAW, PC
475 Washington Blvd.
Marina Del Rey, California 90292
Telephone: 310-822-3222
Facsimile: 310-577-5277
Email: david@dehnertlaw.com
*Attorney for Plaintiff Blue Lake Rancheria*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, HOPLAND BAND OF POMO INDIANS, and ROBINSON RANCHERIA<br><br>Plaintiffs,<br>v.<br><br>GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,<br><br>Defendants. | Case No.: 1:19-CV-00024-AWI-SKO<br><br>**PARTIES' JOINT SCHEDULING REPORT AND STIPULATION TO VACATE SCHEDULING CONFERENCE AND ORDER THEREON**<br><br>Date: January 25, 2022<br>Time: 9:45 a.m.<br>Courtroom: 7<br>Judge: Shelia K. Oberto, Magistrate |

1

JOINT SCHEDULING REPORT AND STIPULATION TO VACATE [Case No.: 1:19-CV-00024-AWI-SKO]

The parties, by and through their undersigned legal counsel, hereby stipulate as follows:

1. On September 22, 2021, the Court issued a minute order stating that, "Due to the pending motion, the Initial Scheduling Conference currently set for 9/30/2021, is CONTINUED to 1/25/2022, at 9:45 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report 7 days prior to the conference." Docket No. 101.

2. The parties are submitting this joint stipulation as the parties' joint scheduling report in compliance with the Court's September 22, 2021 minute order.

3. On March 31, 2021, the Court entered an Order ("Order") granting the plaintiffs' motion for summary judgment. Docket No. 77. On April 23, 2021, the defendants filed a timely appeal of the Court's Order to the United States Court of Appeals for the Ninth Circuit. Docket No. 78. Briefing of the appeal was completed by the parties on October 1, 2021. The Court of Appeals heard oral argument on the defendants' appeal on December 9, 2021, and subsequently took the appeal under submission. The parties are currently awaiting a decision on the appeal in *Chicken Ranch Rancheria v. State of California*, United States Court of Appeals for the Ninth Circuit, Case No. 21-15751.

4. As of the date of this joint scheduling report and stipulation, the defendants' appeal remains under submission and pending before the Court of Appeals and therefore, there is no new information for the parties to report to the Court.

5. In light of the foregoing, the fact that a decision by the Court of Appeals will in all likelihood resolve all of the issues in this case without the need of a trial, and in the interest of judicial economy, the parties jointly stipulate and request that the Court issue an order, pursuant to this report and stipulation, to vacate the January 25, 2022, Initial Scheduling Conference and direct the parties to

file a joint scheduling report not later than 14 days after the Ninth Circuit Court of Appeals issues a ruling on the defendants' pending appeal.

6. Based on the joint scheduling report and the decision rendered by the Ninth Circuit Court of Appeals on the defendants' appeal, the Court can thereafter determine whether it is necessary to hold a scheduling conference and if so, schedule a scheduling conference and/or hearing in this case.

DATED: January 18, 2022 /s/ *Lester J. Marston*
LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net
*Attorney for Plaintiffs*
*Chemehuevi Indian Tribe,*
*Chicken Ranch Rancheria of*
*Me-Wuk Indians, Hopland Band of Pomo*
*Indians, and Robinson Rancheria*

DATED: January 18, 2022 /s/ *David Dehnert*
DAVID DEHNERT
California State Bar No. 214243
DEHNERT LAW, PC
475 Washington Blvd.
Marina Del Rey, California 90292
Telephone: 310-822-3222
Facsimile: 310-577-5277
Email: david@dehnertlaw.com
*Attorney for Plaintiff*
*Blue Lake Rancheria*

DATED: January 18, 2022 /s/ *Colin Wood for Timothy Muscat*
XAVIER BECERRA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General

WILLIAM P. TORNGREN
Supervising Deputy Attorney General
TIMOTHY M. MUSCAT
Deputy Attorney General
California State Bar No. 148944
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550
Telephone: 916-210-7779
Facsimile: 916-323-2319
Email: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*
*Gavin Newsom, Governor of California,*
*and State of California*

## ORDER

Having read the parties' foregoing Joint Scheduling Report and Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the January 25, 2022 Initial Scheduling Conference is VACATED.

**IT IS HEREBY FURTHER ORDERED** that the parties shall file a joint scheduling report not later than 14 days after the Ninth Circuit Court of Appeals issues a ruling on the defendants' pending appeal. Based on the joint scheduling report and the decision rendered by the Court of Appeals, the Court will thereafter determine whether it is necessary to hold a scheduling conference in this case and if so, the day and time that the conference will be held.

DATED: January _____, 2022

_____
SHELIA K. OBERTO,
United States District/Magistrate Judge

**CERTIFICATE OF SERVICE**

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, California 95482.

I hereby certify that I electronically filed the foregoing:

**PARTIES' JOINT SCHEDULING REPORT AND STIPULATION TO VACATE SCHEDULING CONFERENCE AND ORDER THEREON**

with the Clerk of the United States District Court for the Eastern District of California by using the CM/ECF system on January 18, 2022, which generated and transmitted a notice of electronic filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on January 18, 2022, at Ukiah, California.

*/s/ Ericka Duncan*
Ericka Duncan