# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, HOPLAND BAND OF POMO INDIANS, and ROBINSON RANCHERIA**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>**Defendants.** | **CASE NO. 1:19-CV-0024 AWI SKO**<br><br>**ORDER SELECTING RAUL A. RAMIREZ AS MEDIATOR PURSUANT TO 25 U.S.C. § 2710(d)(7)(B)(iv); REQUIRING THE PARTIES TO SUBMIT THEIR LAST BEST OFFERS FOR A COMPACT; AND DENYING EX PARTE APPLICATIONS FOR SHORTENING TIME**<br><br>**(Docs. 102 and 103)** |

The parties have jointly agreed to retired United States District Court Judge Raul A. Ramirez as the mediator pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv). Docs. 108 and 109.

Within 10 days of this order, each party is directed to submit to the mediator "a proposed compact that represents their last best offer for a compact." 25 U.S.C. § 2710(d)(7)(B)(iv).  The mediator "shall select from the two proposed compacts the one which best comports with the terms of [IGRA], … any other applicable Federal law[,] and with the findings and order (Doc. 77) of th[is] court." Id. Once the mediator selects a compact as directed, he "shall submit [the selected compact] to the State and the Indian tribe." Id. at § 2710(d)(7)(B)(v). "If [the] State consents to a proposed compact during the 60-day period beginning on the date on which the proposed compact is submitted by the mediator to the State under clause (v), the proposed compact shall be treated as a Tribal-State compact entered into under [§ 2710(d)](3)." Id. at § 2710(d)(7)(B)(vi). "If the State does not consent during the 60-day period described [above] to [the] proposed compact submitted

1 by [the mediator to the State], [he] shall notify the Secretary" of the Interior. Id. at §
2 2710(d)(7)(B)(vii). The Secretary of the Interior, in consultation with the Tribe, shall then
3 prescribe procedures for operation of class III gaming by the Tribe that are consistent with the
4 compact selected by the mediator, the provisions of IGRA, and the laws of the State. Id.

IT IS SO ORDERED.

Dated:  June 8, 2022

_____
SENIOR  DISTRICT  JUDGE