ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
WILLIAM P. TORNGREN
Supervising Deputy Attorney General
TIMOTHY M. MUSCAT
Deputy Attorney General
State Bar No. 148944
JEREMY STEVENS
Deputy Attorney General
State Bar No. 313883
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone: (916) 210-7779
 Fax: (916) 327-2319
 E-mail:  Timothy.Muscat@doj.ca.gov
*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICKEN RANCH RANCHERIA OF MEWUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, HOPLAND BAND OF POMO INDIANS, and ROBINSON RANCHERIA,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>Defendants. | Case No.: 1:19-cv-00024-AWI-SKO<br><br>**JOINT STATUS REPORT RE: JUNE 8, 2022, MEDIATION ORDER AND STIPULATION FOR THE ENTRY OF AN ORDER AND ORDER THEREON**<br><br>Hearing: July 28, 2022<br>Time: 9:30 a.m.<br>Courtroom: 7<br>Judge: Honorable Anthony W. Ishii<br><br>Action Filed: January 4, 2019 |

The parties hereby jointly provide the Court with this report on the following developments since the issuance of the Court's Order Selecting Paul A. Ramirez as Mediator, pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv); Requiring the Parties to Submit Their Last Best Offers for a Compact; and Denying Ex Parte Applications for Shortening Time (Doc. 113) (Order):

1.       On June 9, 2022, counsel for the plaintiffs sent an email to Colleen Conefey, the case manager for retired Federal District Court Judge Raul Ramirez (Judge Ramirez), informing Judge Ramirez that he had been appointed as the mediator in this case, and transmitting to Ms. Conefey the Court's March 31, 2022, Order Re: Cross Motions for Summary Judgment (Doc#77). Defendants counsel was copied on the email.  On the same day counsel for defendants also sent an email to Ms. Conefey, and plaintiffs' counsel were copied on the email.

2.       On June 10, 2022, Ms. Conefrey sent an email to the parties advising them that Judge Ramirez was not available to accept the appointment until August.

3.       On June 11, 2022, Counsel for the plaintiffs sent another email to Ms. Conefey stating that the parties were still interested in having Judge Ramirez be the mediator in this case and asking when in August Judge Ramirez would be available. Defendants counsel was copied on the email. On that same day, in response, Ms. Conefrey sent an email to the parties advising them that Judge Ramirez was not available for the appointment.

4.       After the parties became aware that Judge Ramirez will not be available to accept this assignment the parties conferred by phone and emails to attempt to agree on how the parties and the court should now proceed.  The parties were unable to reach an agreement. The parties diverge as to the appropriate response to this development.  Plaintiffs take the position that the Court should appoint a new mediator forthwith and order the parties to continue with the mediation process under the timeline as set forth in the Order once a new mediator is appointed. Defendants take the position that the parties should be given time to attempt to jointly select a new mediator and that, irrespective of the selection of a new mediator, the mediation process and Order should be stayed pending the issuance of a decision from the Ninth Circuit on the issues in the Defendants' appeal.

5.       The parties did agree, and therefore stipulate that they should not  submit their last, best compact offers to Judge Ramirez as required by the Court's Order and that the parties should present their respective positions in opening briefs filed with the Court on or before June 15, 2022, with each of the parties filing an opposition brief seven (7) days thereafter.  The parties further stipulate that the opening and opposition briefs should not exceed ten pages in length.

1  6. The parties further stipulate that the Court may enter an order approving this stipulation and ordering the parties to carry out the terms of this stipulation.

Dated: June 14, 2022

Respectfully submitted,

Rob Bonta
Attorney General of California
Sara J. Drake
Senior Assistant Attorney General
William P. Torngren
Supervising Deputy Attorney General
Jeremy Stevens
Deputy Attorney General

/s/ Timothy M. Muscat

Timothy M. Muscat
Deputy Attorney General
*Attorneys for Defendants*

Dated: June 14, 2022

RAPPORT AND MARSTON

/s/ Lester J. Marston

Lester J. Marston
*Attorney for Plaintiffs Chemeheuvi Indian Tribe, Chicken Ranch Rancheria of Me-Wuk Indians, Hopland Band of Pomo Indians and Robinson Rancheria*

Dated: June 14, 2022

DEHNERT LAW, PC

/s/ David Dehnert

David Dehnert
*Attorney for Plaintiff Blue Lake Rancheria*

ORDER

Having read the foregoing status report and stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, that: (1) the parties shall not submit their last, best compact

offers to the Honorable Raul Ramirez; (2) that each of the parties shall on or before June 15, 2022, file with the Court an opening brief ("Brief") setting forth how each party wants the Court to proceed in this case in light of Judge Ramirez declining to accept his appointment as mediator in this case, and (3) the parties may within seven (7) days of the filing of their opening brief, file a brief in opposition to the opposing parties opening brief.  The parties opening and opposition briefs shall not exceed 10 pages.

Dated: June __, 2022                              _____

                                                          ANTHONY W. ISHII, SENIOR DISTRICT JUDGE