UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS; CHEMEHUEVI INDIAN TRIBE; BLUE LAKE RANCHERIA; HOPLAND BAND OF POMO INDIANS; ROBINSON RANCHERIA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, <br><br> Defendants-Appellants. | No.   21-15751 <br><br> D.C. No. 1:19-cv-00024-AWI-SKO Eastern District of California, Fresno <br><br> ORDER |

Before: WARDLAW, BRESS, and BUMATAY, Circuit Judges.

The Court orders as follows:

1. The motions for judicial notice filed on August 3, 2021 [Dkt. 24], November 18, 2021 [Dkt. 57], December 2, 2021 [Dkt. 59], December 10, 2021 [Dkt. 62], and May 26, 2022 [Dkt. 64] are **GRANTED.**

2. The motion of the California State Association of Counties for leave to file an *amicus curiae* brief [Dkt. 30] is **GRANTED.**