| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 9 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS; CHEMEHUEVI INDIAN TRIBE; BLUE LAKE RANCHERIA; HOPLAND BAND OF POMO INDIANS; ROBINSON RANCHERIA,

      Plaintiffs-Appellees,

v.

STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California,

      Defendants-Appellants.

No. 21-15751

D.C. No. 1:19-cv-00024-AWI-SKO
Eastern District of California, Fresno

ORDER

Before: WARDLAW, BRESS, and BUMATAY, Circuit Judges.

Appellants' motion for an extension of time to file a petition for panel rehearing or rehearing en banc (Dkt. 68) is **GRANTED**. Any petition shall be filed on or before September 12, 2022.