| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 4 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS; et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California,<br><br>Defendants-Appellants. | No. 21-15751<br><br>D.C. No. 1:19-cv-00024-AWI-SKO<br>Eastern District of California, Fresno<br><br>ORDER |

Before: WARDLAW, BRESS, and BUMATAY, Circuit Judges.

The parties' Joint Motion to Modify the Briefing Schedule, Dkt. No. 81, is GRANTED. On or before November 17, 2022, Appellees shall file their reply brief on the issue of whether they are legally entitled to attorney's fees.