# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

**CHICKEN RANCH RANCHERIA OF ME–WUK INDIANS OF CALIFORNIA, ET AL.**

CASE: **1:19–CV–00024–ADA–SKO**

vs.

**ORDER OF REASSIGNMENT**

**STATE OF CALIFORNIA, ET AL.**

_____/

The court, having considered the retirement of **District Judge Anthony W. Ishii**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **District Judge Anthony W. Ishii** to **District Judge Ana de Alba** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is: **1:19–CV–00024–ADA–SKO**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED: April 11, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE