UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF ME-WUK INDIANS; CHEMEHUEVI INDIAN TRIBE; BLUE LAKE RANCHERIA; HOPLAND BAND OF POMO INDIANS; ROBINSON RANCHERIA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, <br><br> Defendants-Appellants. | No.   21-15751 <br><br> D.C. No. 1:19-cv-00024-AWI-SKO <br> Eastern District of California, Fresno <br><br> ORDER |

Before: WARDLAW, BRESS, and BUMATAY, Circuit Judges.

California's motion for judicial notice, Dkt. 80, is DENIED.