ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
NOEL A. FISCHER, State Bar No. 232553
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA  92101
 P.O. Box 85266
 San Diego, CA  92186-5266
 Telephone:  (619) 738-9133
 Fax:  (619) 645-2271
 E-mail:  Noel.Fischer@doj.ca.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICKEN RANCH RANCHERIA OF MEWUK INDIANS, BLUE LAKE RANCHERIA, CHEMEHUEVI INDIAN TRIBE, HOPLAND BAND OF POMO INDIANS, and ROBINSON RANCHERIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>Defendants. | Case No. 1:19-cv-00024-NODJ-SKO<br><br>**JOINT  STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

The parties, through their attorneys undersigned, hereby stipulate to the Dismissal With Prejudice of this action. The parties have concluded and fully implemented the remedial measures as ordered by this Court on January 26, 2023. ECF No. 134. All matters and claims at issue in the instant litigation therefore have been resolved such that nothing further is pending before this Court and dismissal with prejudice is appropriate.

Dated:  February 22, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General

*Noel A. Fischer* (Digitally signed by Noel A. Fischer, Date: 2024.02.22 14:26:53 -08'00')

NOEL A. FISCHER
Deputy Attorney General
*Attorneys for State Defendants*

Dated:  February 21, 2024

Respectfully submitted,

RAPPORT AND MARSTON

Lester J. Marston
*Attorney for Plaintiffs Chemehuevi Indian Tribe, Chicken Ranch Rancheria of Me-Wuk Indians, Hopland Band of Pomo Indians and Robinson Rancheria*

Dated:  February 21, 2024

Respectfully submitted,

DEHNERT LAW, PC

David Dehnert
*Attorney for Plaintiff Blue Lake Rancheria*

# ORDER

The Joint Stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                                                     United States District Judge

# CERTIFICATE OF SERVICE

Case Name: ***Chicken Ranch, et al. v. State of California, et al.***
Case No.   21-15751

I hereby certify that on February 22, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 22, 2024, at Sacramento, California.

| PAULA CORRAL | *Paula Corral* |
|---|---|
| Declarant | Signature |