UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICKEN RANCH RANCHERIA OF MEWUK INDIANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 1:19-cv-00024-NODJ-SKO<br><br>ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 148) |

On February 22, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 148.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to assign a district judge to this matter and thereafter close this case.

IT IS SO ORDERED.

Dated:   **February 23, 2024**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE